**TEXAS GAS UTILITIES CO., Plaintiff, v. PENNSYLVANIA COMPANY FOR INSURANCES ON LIVES AND GRANTING ANNUITIES and C. Stevenson Newhall, Trustees, Defendants; Sidney E. Smith, Appellant.**

No. 8086.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 5, 1942.

Decided Nov. 12, 1942.

Sidney E. Smith, of Philadephia, Pa., for appellant.

Leo Brewer, of San Antonio, Tex. (Thomas A. McEachern, Jr., of Memphis, Tenn., and Joseph W. Henderson, of Philadelphia, Pa., on the brief), for Texas Gas Utilities Co., appellee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the court below is affirmed.

**UNITED STATES of America, Appellee, v. George DE ANGELO, Defendant-Appellant.**

No. 8127.

Circuit Court of Appeals, Third Circuit.

Submitted on Briefs Nov. 18, 1942.

Decided Dec. 7, 1942.

Anthony A. Calandra, of Newark, N. J., for appellant.

Richard J. Hughes and Charles M. Phillips, both of Trenton, N. J., for appellee.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.